# CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

19-18

Defendant Name: MICHAEL M. BARRETT

Place of Offense (City & County): Kingsport/Sullivan County     JRG3

Juvenile: Yes \_\_\_\_ No \_\_\_\_    Matter to be Sealed: Yes \_\_\_ No _x_

Interpreter: No \_\_\_\_ Yes \_\_\_\_ Language: _____

Total # of Counts: \_\_\_ Petty    \_\_\_ Misdemeanor (Class \_\_\_)   _2_ Felony

| | **ORIGINAL COMPLAINT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. § 841(a)(1) and (b)(1)(A)) | 1 |
| | Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A)) | 2 |
| | | |
| | | |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No \_\_\_\_ Yes \_\_\_\_ Case No. _____

Defendant on Supervised Release: Yes \_\_\_\_ No \_\_\_\_

Violation Warrant Issued? No \_\_\_\_ Yes \_\_\_\_ Case No. _____

Related Case(s):

_____
Case Number    Defendant's attorney    How related

## Criminal Informations:

Pending criminal case: No \_\_\_\_ Yes \_\_\_\_ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____     Appointed: _____

Date: February 12, 2019     Signature of AUSA: _s/J. Gregory Bowman_