IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE
*CRIMINAL MINUTES: INITIAL APPEARANCE /ARRAIGNMENT & SCHEDULING*

USA v___MICHAEL M. BARRETT_____

Case No _2:19-CR-18_   Date__March 5, 2019____   Time__9:36 – 9:44 A.M._____
**Hon. CLIFTON L. CORKER, Magistrate Judge, Presiding**

___KIM OTTINGER_____        _____DCR_____        ___J. GREGORY BOWMAN_____
   Deputy Clerk                Court Reporter/Tape          Asst. U. S. Attorney

---

   DEFENDANTS                                    ATTORNEYS

_MICHAEL M. BARRETT___                          ____NIKKI PIERCE_____

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defense counsel by clerk)
Financial affidavit executed with Counsel present and appointed

Plea of not guilty entered to all charges

Dates selected and scheduled as follows:

   Jury Trial _____5.16.19 @ 9:00 A.M._____
               before the Honorable **J. Ronnie Greer**

   Estimated length of trial_____**3 DAYS**_____

   PTC/Motion hearing _____4/17/19 @ 9:00 A.M._____
               before the Honorable **Clifton L. Corker**

   Motion cut-off _____4/1/2019_____

   Response deadline _____4/15/2019_____

   Plea Bargain cut-off _____5/2/2019_____

Defendant present in court via writ from State Authorities

Oral motion by USA for detention

Detention Hearing waived at present time

Defendant remanded to custody of U.S. Marshal

Orders to enter

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-CR-18_20190305_084204